# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Judge William J. Martínez

Civil Case No. 13-cv-3464-WJM-BNB

MARCIA A. ROSE,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

---

## ORDER GRANTING STIPULATED MOTION FOR DISMISSAL

---

This matter comes before the Court on the Parties' Stipulated Motion to Dismiss, filed July 28, 2014 (ECF No. 17). The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Parties' Stipulated Motion to Dismiss is GRANTED. The above-captioned action is hereby DISMISSED WITH PREJUDICE. Each party shall pay her or its own attorney's fees and costs.

Dated this 30th day of July, 2014.

BY THE COURT:

_____
William J. Martínez
United States District Judge